UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAY WIENS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA VETERANS HOSPITAL,<br><br>Defendant. | No. 2:17-cv-1672 MCE DB PS<br><br><br>ORDER |

Plaintiff, David Wiens, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 24, 2018, plaintiff filed a motion to admit evidence. (ECF No. 10.)

However, on November 9, 2017, the undersigned issued findings and recommendations, recommending that this action be dismissed without prejudice. (ECF No. 4.) The assigned District Judge adopted those findings and recommendations in full on January 5, 2018, and dismissed this action without prejudice.[1] (ECF No. 6.)

////

---

[1] It may be that plaintiff intended to file the motion to admit evidence in a separate action proceeding in this court, against the same defendant, and involving identical subject matter, David Kay Wiens v. U.S. of America Veterans Hospital, No. 2:17-cv-2438 MCE DB PS.

1

| 1 | In light of the foregoing, IT IS HEREBY ORDERED that: |
| 2 | 1. Plaintiff's May 24, 2017 motion (ECF No. 10) is denied without prejudice to renewal; |
| 3 | and |
| 4 | 2. Plaintiff is advised that, because this matter was closed on January 5, 2018, all filings |
| 5 | submitted after the date of closing will be disregarded and no further orders will issue in response |
| 6 | to future filings. |
| 7 | Dated: May 31, 2018 |

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/wiens1672.closed.ord